**SO ORDERED.**
**SIGNED 25th day of September, 2025**



_____
**Charles M. Walker**
**U.S. Bankruptcy Judge**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STREAMLINE PRODUCTION GROUP, LLC, ) | |
| ) | Case No: 3:23-bk-02638 |
| ) | Chapter 7 |
| ) | Judge Walker |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| EVA M. LEMEH, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 3:25-ap-90082 |
| ) | |
| v. ) | |
| ) | |
| LSV, LLC D/B/A ) | |
| VITULLO ADVISORY SERVICES, ) | |
| ) | |
| Defendant.   . ) | |

**ORDER TO CONTINUE PRETRIAL CONFERENCE**

Before this Court is the motion of Eva M. Lemeh, Chapter 7 Trustee herein ("Trustee"), who asks this Court to continue the pretrial conference in this adversary proceeding to November 12, 2025, at 11:00 a.m. The requested continuance allows the Trustee and defendant to discuss possible resolutions to the matter and is in the best interest of all parties involved. Presently the pretrial conference is scheduled for October 1, 2025, at 11:00 a.m.

For good cause shown, the Trustee's motion is hereby **GRANTED**, and it is therefore **ORDERED** that the pretrial conference in this adversary proceeding is continued to November 12, 2025, at 11:00 a.m. Upon entry of this Order, counsel for the Trustee will serve a copy of this Order on the party listed in the certificate of service on the Motion.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Prepared and approved for entry by:

/s/ Trent Meriwether
Phillip G. Young, Jr.
Justin Campbell
Trent Meriwether
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
phillip@thompsonburton.com
justin@thompsonburton.com
tmeriwether@thompsonburton.com
*Counsel for Chapter 7 Trustee*